UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62273-CIV-ROSENBAUM/SELTZER

ANAGO FRANCHISING, INC.,

    Plaintiff,

vs.

SHAZ, LLC, ECO BUILDING SERVICES, LLC,
ERIC CONTRERAS, SCOTT SPURGIEZ, and
JASPER FAUSET,

    Defendants.
_____/

## ORDER GRANTING MOTION TO FILE SUMMARY JUDGMENT MOTION UNDER SEAL

This matter is before the Court on Defendant/Counter-Plaintiffs Shaz, LLC, and ECO Building Services LLC's Motion to File Summary Judgment Motion Under Seal. D.E. 105.

Having considered the Motion, the Court finds good cause to grant the Motion to File Summary Judgment Motion Under Seal. D.E. 105. The Clerk shall file Defendants' Motion for Summary Judgment on Counts I and II of Their Counterclaims and for Summary Judgment on Counts I and II of Anago Franchising, Inc.'s Claims, [D.E. 106], and Defendants' Statement of Material Fact in Support of Their Motion for Summary Judgment on Counts I and II of Their Counterclaims and Motion for Summary Judgment in Favor or Defendants on Counts I and II of

Anago Franchising, Inc's Claims, [D.E. 107], under seal until further order of this Court.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 25th day of June 2013.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record