UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62273-CIV-ROSENBAUM/HUNT

ANAGO FRANCHISING, INC.,

    Plaintiff,

vs.

SHAZ, LLC, ECO BUILDING SERVICES, LLC,
ERIC CONTRERAS, SCOTT SPURGIEZ, and
JASPER FAUSET,

    Defendants/Counter-Plaintiffs and Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION UNDER SEAL

This matter is before the Court on Defendant/Counter-Plaintiffs Shaz, LLC, and ECO Building Services LLC's Motion to File Reply in Support of Summary Judgment Motion Under Seal [D.E. 124].

Having considered the Motion, the Court finds good cause to grant Defendants' Motion to File Reply in Support of Summary Judgment Motion Under Seal [D.E. 124]. The Clerk shall file Defendants' Reply in Support of Motion for Summary Judgment on Counts I and II of Their Counterclaims and for Summary Judgment on Counts I and II of Anago Franchising, Inc.'s Claims [D.E. 125] under seal until further order of this Court.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 23rd day of July 2013.

                                            ROBIN S. ROSENBAUM
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record